**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

IN RE

**BEVERLY J. FLANNERY**                                    **CASE NO. 17-61674-grs**

**DEBTOR(S)**

## EMERGENCY MOTION TO RESTRICT PUBLIC ACCESS TO PROOF OF CLAIM

CKMS, by and through counsel, files this Emergency Motion to Restrict Public Access to the following document: **Proof of Claim 7-1**, filed on January 18, 2018. CKMS moves this Court for entry of an Order Restricting Public Access to the proof of claim as required by HIPPA.

Due to the nature of this request, no hearing is required and immediate entry of an order is requested.

WHEREFORE, the CKMS moves this Court to immediately enter the attached order and direct the Clerk to restrict public access to the above referenced Proof of Claim.

Thalethia B. Routt
/s/Thalethia B. Routt
Office of Legal Counsel
301 Main Building
Lexington, Kentucky 40506-0032
859-257-3725
tbroutt@uky.edu

## CERTIFICATE OF SERVICE

I, Thalethia B. Routt, do hereby certify that a true and correct of the above motion was served upon the following by electronic service on this the 30th day of April, 2018:

Debtor's Counsel